# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2561
L.T. Case No. 2023-41238-COCI

_____

LINDA MINELLA,

   Appellant,

   v.

WILLIAM JACOBSEN and
ALEXANDRA CAMBLIN,

   Appellees.

_____

On appeal from the County Court for Volusia County.
Robert Anthony Sanders, Jr., Judge.

Linda Minella, Ormond Beach, pro se.

No Appearance for Appellees.

January 21, 2025

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————